ACCEPTED
14-14-01009-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/17/2015 6:51:15 PM
CHRISTOPHER PRINE
CLERK

**ZIMMERMAN, AXELRAD,
MEYER, STERN & WISE, P.C.**
ATTORNEYS AT LAW

3040 POST OAK BOULEVARD
SUITE 1300
HOUSTON, TEXAS 77056-6560

LEONARD J. MEYER
*SHAREHOLDER*

*Board Certified Civil Trial Law
Texas Board of Legal Specialization*

DIRECT DIAL:      (713) 212-2641
DIRECT FAX:       (713) 212-2740
TELEPHONE:        (713) 621-8234
EMAIL:  LMEYER@ZAMLAW.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 6:51:15 PM
CHRISTOPHER A. PRINE
Clerk

February 17, 2015

Christopher A. Prine                                    *via efiling*
Clerk of the Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

Re:    *Court of Appeals Number: 14-14-01009-CV; Cause No. 2012-39193; Rebecca Doxey
v. CRC Evans Pipeline International Inc. et al; in the Fourteenth Court of Appeals*

Dear Mr. Prine:

I am confirming that my client has made arrangements with Sheila Skidmore to pay for the portion of the court reporter's record for which she is responsible. I also confirm that arrangements have been made to pay for the remaining court reporter's record as well as for the record prepared by the district clerk.

Thank you in advance for your assistance. If you should have any questions, please do not hesitate to contact me.

Sincerely,

*//s// Leonard J. Meyer*

Leonard J. Meyer

cc:    William Davis          *via e-service*
       William Stukenberg     *via e-service*